# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Prince Sahaali A.M. Kennedy-Bey,** | ) | **CASE NO. 1:16 CV 1144** |
| **aka Antonio M. Kennedy,** | ) | |
| | ) | **JUDGE PATRICIA A. GAUGHAN** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Judgment Entry** |
| | ) | |
| **Los Angeles Unified School District,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For the reasons stated in the Court's Memorandum of Opinion and Order, this action is dismissed pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

 /s/ Patricia A. Gaughan
 PATRICIA A. GAUGHAN
 UNITED STATES DISTRICT JUDGE

Dated: 7/5/16